UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| SABRINA MAYFIELD | * | CIVIL ACTION NO. 15-0626 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| O S RESTAURANT SERVICE, LLC | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 7th day of October, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE